UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SCOTT NORTON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Docket No. 1:19-cv-00185-LEW |
| ) | |
| OSMOSE UTILITIES SERVICES, INC., ) | |
| ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is now stipulated by and between the parties that the above-entitled matter is hereby dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).


DATED:  12/19/19            /s/Sarah Churchill, Esq.
                            Sarah Churchill, Esq.
                            Attorney for Plaintiff Scott Norton

                            Nichols & Churchill, P.A.
                            1250 Forest Avenue
                            Portland, ME  04103
                            (207) 879-4000



DATED:  12/19/19            /s/Michael G. Messerschmidt, Esq.
                            Michael G. Messerschmidt, Esq.
                            Attorney for Defendant
                            Osmose Utilities Services, Inc.

                            Preti Flaherty
                            One City Center
                            Portland, ME  04101
                            (207) 791-3000

15048231.1